DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHEL J MCGILLIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-93

[July 23, 2020]

Appeal of an order denying a rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432011CF001302, 432015CF000578, 432015CF000542A.

Michel J. McGillis, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE CJ., GROSS and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***